United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOEL HERVE NZOLANI<br>“Petitioner,”<br><br>v.<br><br>MIGUEL VERGARA, et al.,<br>“Respondents.” | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00039 |

**ORDER**

Before the Court is the Parties’ “Joint Motion to Dismiss” under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Dkt. No. 9).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner’s claims against the Respondents are **DISMISSED** without prejudice. The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this November 4, 2026

Rolando Olvera
United States District Judge